STATE v. ROTH

No. 369P98

Case below: 130 N.C.App. 614

Petition by Attorney General for writ of supersedeas denied, stay dissolved 3 December 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 December 1998.

STATE v. THAGGARD

No. 430P98

Case below: 130 N.C.App. 761

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998. Motion by Attorney General to dismiss notice of appeal allowed 5 November 1998.